

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Richard David Mack,

Vs. No. 11-18-00242-CR

The State of Texas,

\* From the 266th District Court
of Erath County,
Trial Court No. CR 12376.

\* November 29, 2018

\* Per Curiam Memorandum Opinion
(Panel consist Bailey, C.J.,
Willson, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.